IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EVA S. COOLEY                                                                    PLAINTIFF

v.                                                  CIVIL ACTION NO. 2:20-CV-196-TBM-MTP

LAMAR COUNTY SHERIFF
DEPARTMENT et al.                                                          DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

This matter is before the Court on submission of the Report and Recommendation [3] entered by United States Magistrate Judge Michael T. Parker on October 28, 2020. Judge Parker recommends that the Motion [2] for Leave to Proceed *in Forma Pauperis* filed by Plaintiff should be denied. Plaintiff has not filed an objection to the Report and Recommendation, and the time for filing an objection has expired.

"When a party fails timely to file written objections to the magistrate judge's proposed findings, conclusions, and recommendation, that party is barred from attacking on appeal the unobjected-to proposed findings and conclusions which the district court accepted, except for plain error." *Casas v. Aduddell*, 404 F. App'x 879, 881 (5th Cir. 2010); *see also Thomas v. Arn*, 474 U.S. 140, 152, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985) ("There is no indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to review a magistrate's report to which no objections are filed."). Having considered Judge Parker's Report and Recommendation, the Court finds that it is neither clearly erroneous nor contrary to law.

IT IS ORDERED AND ADJUDGED that, Plaintiff Eva S. Cooley's Motion [2] for Leave to Proceed *in Forma Pauperis*, filed in this cause on October 23, 2020, is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that the Report and Recommendation [3] entered by United States Magistrate Judge Michael T. Parker on October 28, 2020 is ADOPTED as the opinion of the Court.

THIS, THE 22nd DAY OF FEBRUARY, 2021.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE