**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**EVA COOLEY**                                                      **PLAINTIFF**


**v.**                                      **CIVIL ACTION NO. 2:20-cv-196-TBM-MTP**


**LAMAR COUNTY SHERIFF**
**DEPARTMENT,** *et al.*                                          **DEFENDANTS**


**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION**
**AND DENYING MOTION TO REOPEN THE CASE**

This matter came before the Court on *pro se* Plaintiff Eva Cooley's Motion [12] for Reconsideration of this Court's Order [10] adopting the Report and Recommendation of the Magistrate Judge and Final Judgment [11] and Motion to Reopen the Case. At the telephonic hearing conducted in this matter on August 5, 2022, the Court, having considered the pleadings, the record, oral arguments of the Plaintiff, and the relevant legal authorities, announced its findings and conclusions. The Court concluded that Plaintiff's Motion for Reconsideration is GRANTED and Plaintiff's Motion to Reopen the Case is DENIED without prejudice.

The Plaintiff is required to pay her filing fee within fifteen days of the date of this order. Upon payment of the filing fee, the Clerk of Court will be instructed to reopen the case. The Plaintiff is cautioned that the full filing fee of $402 must be paid in accordance with this Order, and no future extensions will be granted by the Court.

IT IS THEREFORE, ORDERED AND ADJUDGED that Plaintiff's Motion [12] for Reconsideration is GRANTED and Plaintiff's Motion to Reopen the Case is DENIED without prejudice.

IT IS FURTHER ORDERED that:

1. On or before August 22, 2022, Plaintiff shall pay the full filing fee of $402.00 to the Clerk, U.S. District Court, 701 N. Main St., Suite 200, Hattiesburg, Mississippi 39401.

2. Plaintiff shall include with her payment a written statement explaining that the payment is being submitted as payment for the filing fee in this action, Civil Action No. 2:20-cv-196-TBM-MTP.

3. Upon Plaintiff's timely payment of her filing fee, the Clerk's office will be directed to reopen this case.

THIS, the 5th day of August, 2022.

**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**